■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SAUNDERS, Appellant. [52 NYS3d 229]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered July 9, 2013, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, assault in the second degree, and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The County Court did not err in precluding a recording of a

phone call made by a police sergeant at the crime scene, as it did not meet the criteria to be admissible as a present sense impression. It was not a spontaneous description of events made substantially contemporaneously with the observations (*see People v Jones*, 28 NY3d 1037, 1039 [2016]; *People v Brown*, 80 NY2d 729, 734 [1993]; *People v Ross*, 237 AD2d 467 [1997]).

The defendant's remaining contention is without merit. Balkin, J.P., Cohen, Miller and Brathwaite Nelson, JJ., concur.